

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA
F.#2011R01798

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 20, 2011

<u>By ECF</u>

The Honorable Carol B. Amon
Chief United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Matthew Rinaldo
           <u>Criminal Docket No. 11-783 (CBA)</u>

Dear Chief Judge Amon:

      Pursuant to the Court's order, attached is Exhibit D to the government's December 6, 2011 memorandum of law in opposition to the defendant's bail appeal.

Dated:    Brooklyn, New York
           December 20, 2011

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                     By:   <u>/s Nicole M. Argentieri</u>
                              Nicole M. Argentieri
                              Assistant U.S. Attorney
                              (718) 254-6232

cc:  James Froccaro, Esq. (By ECF)
     Clerk of Court (CBA) (By ECF)







