**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

FILED
DEC 2 3 2011

December 21, 2011

BY ECF
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Matthew Rinaldo</u>
11 Cr 783 (CBA)

Dear Chief Judge Amon:

It is my understanding that a request has been made of the government by a member of the press to have access to all of the tape recordings of Mr. Rinaldo's prison phone calls, not just the selected excerpts that were offered by the government in connection with the detention hearing before Your Honor. The prison tapes otherwise contain personal information about third parties, including Mr. Rinaldo's fiancé, family and young children. Under these circumstances, the third parties right to privacy should override the qualified First Amendment right of access. I am, therefore, respectfully requesting that the U.S. Attorney's Office be directed to refrain from disclosing the tapes to the press. <u>See</u>

*[Handwritten annotation:]* Prison calls that were not appended to publicly filed documents and not presented to the Court should not be provided to the press. As to those recordings that were provided to the Court, the Government is directed to show cause by 1/4/12 why the relief requested herein should not be granted. So Ordered. — s/CBA 12/23/11

1

<u>United States v. Doe</u>, 63 F.3d 121, 128 (2d Cir. 1995).

                    Respectfully submitted,

                             /JRF/

                    James R. Froccaro, Jr.

JRF:tp