

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA
F.#2011R01798

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 30, 2012

**By ECF**

James Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, New York 11050

      Re:  United States v. Matthew Rinaldo
           Criminal Docket No. 11-783 (CBA)

Dear Mr. Froccaro:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. Please also consider this letter to be the government's request for reciprocal discovery.

     All of the materials described below are available at DupeCoop.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

  1.    <u>Statements of the Defendant</u>

| Description | Bates Label |
|---|---|
| Written statements of the defendant | 33-339 |
| Telephone call dated 8/23/11 | 340 |
| Telephone call dated 8/23/11 | 341 |
| Telephone call dated 8/23/11 | 342 |
| Telephone call dated 8/24/11 | 343 |
| Telephone call dated 8/24/11 | 344 |

| Description | Bates Label |
| --- | --- |
| Telephone call dated 8/24/11 | 345 |
| Telephone call dated 8/24/11 | 346 |
| Telephone call dated 8/25/11 | 347 |
| Telephone call dated 8/26/11 | 348 |
| Telephone call dated 8/28/11 | 349 |
| Telephone call dated 8/28/11 | 350 |
| Telephone call dated 8/29/11 | 351 |
| Telephone call dated 8/30/11 | 352 |
| Telephone call dated 8/30/11 | 353 |
| Telephone call dated 8/30/11 | 354 |
| Telephone call dated 8/30/11 | 355 |
| Telephone call dated 8/30/11 | 356 |
| Telephone call dated 8/30/11 | 357 |
| Telephone call dated 8/31/11 | 358 |
| Telephone call dated 9/1/11 | 359 |
| Telephone call dated 9/1/11 | 360 |
| Telephone call dated 9/1/11 | 361 |
| Telephone call dated 9/1/11 | 362 |
| Telephone call dated 9/1/11 | 363 |
| Telephone call dated 9/3/11 | 364 |
| Telephone call dated 10/6/11 | 365 |
| Consensual recording dated 8/23/11 | 366 |
| Consensual recording dated 8/30/11 | 367 |
| Consensual recording dated 9/1/11 | 368 |
| Consensual recording dated 9/13/11 | 369 |
| Consensual recording dated 9/23/11 | 370 |
| Consensual recording dated 10/12/11 | 371 |

| Description | Bates Label |
|---|---|
| Consensual recording dated 10/13/11 | 372 |

2.  Documents and Tangible Items

| Description | Bates Label |
|---|---|
| Surveillance dated 8/23/11 | 373-376 |
| Photograph of firearm | 377 |
| Surveillance and photographs dated 9/1/11 | 378-386 |
| Surveillance dated 9/9/11 | 387-389 |
| Surveillance dated 9/13/11 | 390-393 |
| Surveillance and photographs, dated 10/18/11 | 394-555 |
| Prior felony conviction dated 6/30/99 | 556 |
| Prior felony conviction dated 2/13/09 | 557-560 |

The government is also in possession of one .357 Magnum Taurus with serial number IG178423, and three rounds of .357 ammunition received by a cooperating witness from the defendant on August 23, 2011.  You may call to arrange a mutually convenient time to inspect these items.

If you have further questions or requests, please contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  /s/
Nicole M. Argentieri
Assistant U.S. Attorney
(718) 254-6232

cc:  Clerk of Court (CBA)(by ECF)